UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A & J PRODUCE CORP.,

        Plaintiff,

- against -

C.Z. PRODUCE INC., a/t/a CARMELO ZITO
WHOLESALE FRUITS & VEGETABLES, a/t/a
CARMINE ZITO PRODUCE, ANTOINETTE R. ZITO,
CARMELO ZITO, and ANNETTE ZITO,

        Defendants.

04 Civ. 5830
(JGK)(MHD)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The Court has received the Report and Recommendation of Magistrate Judge Dolinger dated January 3, 2006. No objections were filed and the time for objections has passed.

In any event, the Court has reviewed the Report and Recommendation and finds it to be well founded. The Court therefore adopts the Report and Recommendation.

The Clerk is directed to enter judgment in favor of the plaintiff and against the defendants, jointly and severally, in the amount of $6,157.64 in attorney's fees and disbursements and $2,671.51 in pre-judgment interest, for a total award of $8,829.15.

**SO ORDERED.**

Dated: New York, New York
      January 21, 2006

                                            John G. Koeltl
                                       United States District Judge